**Ronald SAMS, a minor, etc., et al.,**

v.

**PACIFIC INDEMNITY COMPANY.**

**No. 16262.**

United States Court of Appeals
Eighth Circuit.

Sept. 17, 1959.

George F. Edwardes, Texarkana, Ark., and Connor W. Patman, Texarkana, Tex., for appellants.

Boyd Tackett, Texarkana, Ark., for appellee.

PER CURIAM.

Appeal from District Court, 170 F. Supp. 909, dismissed for want of prosecution.